UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHUBB GLOBAL MARKETS LLOYDS SYNDICATE 2488 AND OTHERS FOLLOWING ON POLICY B0180PC2110569, *as subrogor of* AQUA STAR (USA) CORP., <br><br> Plaintiff, <br><br> -v- <br><br> CMA-CGM S.A., <br><br> Defendant. | CIVIL ACTION NO. 23 Civ. 5562 (LJL) (SLC) <br><br> **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On October 4, 2024, the parties notified to the Court by email that they reached a settlement in this matter and that they intend to file a stipulation and proposed order of discontinuance. Accordingly, the telephone conference set for Tuesday, October 8, 2024, at 11:00 a.m. is **CANCELLED**. On or before **October 18, 2024**, the parties shall file their stipulation and proposed order of discontinuance for the attention of the Honorable Lewis J. Liman.

Dated:    New York, New York
         October 4, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**